IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SWIFT TRANSPORTATION COMPANY, INC.                    PLAINTIFF

v.                          No. 4:10CV00151 JLH

JOSEPH TURNER; CHUCK GIBSON;
PAT SAVAGE, Circuit Clerk of Drew County,
Arkansas; DAVID JOHNSON Sheriff, Ashley County,
Arkansas; RICK ANDERS, Sheriff, Bradley County,
Arkansas; RONALD NICHOLS, Sheriff, Chicot County,
Arkansas; JIM SNYDER, Sheriff, Desha County, Arkansas;
and MARK GOBER, Sheriff, Drew County, Arkansas          DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Upon joint motion of the parties, appearing by and through their respective attorneys of

record, IT IS HEREBY ORDERED that this case be, and it is hereby, dismissed with prejudice

and without costs to any party, with each party to bear its own attorneys' fees.


IT IS SO ORDERED.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

Prepared by:

_____
Peter G. Kumpe
Arkansas Bar No.: 72073
Williams & Anderson PLC
111 Center Street, Suite 2200
Little Rock, AR 72201
(501) 396-8431
(501) 372-6453 (facsimile)

Attorney for Plaintiff